■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HABIB JOHNSON, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Robbery, 2nd Degree.) Present— Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.